JONATHAN BOYNTON, respondent,

and

SANDFORD'S ADMINISTRATOR, appellant.

On appeal from a decree of the vice-chancellor, reported *supra* p. 184.

*Mr. J. Frank Fort*, for appellant.

*Mr. William Brinkerhoff, Jr.*, for respondent.

THE CHIEF JUSTICE.

I think this decree should be affirmed for the reasons given by the vice-chancellor in his opinion.

Decree unanimously affirmed.